PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RUSTY LUTZ, ) | |
| ) | CASE NO. 1:25-CV-01918 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | **MEMORANDUM OF** |
| ) | **OPINION AND ORDER** |
| Defendant. ) | [Resolving ECF Nos. 6, 7] |

On February 23, 2026, the assigned magistrate judge issued a Report and Recommendation ("R&R") (ECF No. 6) that the Court should grant the Commissioner's Motion to Dismiss Untimely Complaint, or, Alternatively, Motion for Summary Judgment (ECF No. 7). The Federal Magistrates Act requires a district court to conduct a *de novo* review of only those portions of a R&R to which the parties have objected. *See* 28 U.S.C. § 636(b)(1)(C). Any objections must be filed within fourteen days of service. *See id*.; Fed. R. Civ. P. 72(b)(2). Failure to timely object waives the right to appeal the district court's judgment. *See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objection, a district court may adopt a R&R without review. *See Thomas*, 474 U.S. at 149. Objections to this R&R were due by March 9, 2026. None have been filed. Accordingly, the Court adopts the R&R (ECF No. 6) and grants the Commissioner's Motion to Dismiss

(1:25-CV-01918)


Untimely Complaint, or, Alternatively, Motion for Summary Judgment (ECF No. 7).



   IT IS SO ORDERED.


 March 12, 2026            */s/ Benita Y. Pearson*
 Date             Benita Y. Pearson
              United States District Judge